FILED

2010 FEB 16 PM 12: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 99cr3138BTM |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER AND JUDGMENT TO DISMISS |
| | ) INDICTMENT AND RECALL ARREST |
| JOSE ELIZALDE (4), | ) WARRANT |
| Defendant. | ) |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to defendant Jose Elizalde, and arrest warrant be withdrawn.

DATED: 2-12-2010.

BARRY TED MOSKOWITZ
United States District Court Judge